AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

BMO Harris Bank, N.A.

　V.

S. Todd Rapp, individually, and S. Todd Rapp, P.A.

## JUDGMENT IN A CIVIL CASE

Case Number:  12-819 PJS/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered in favor of Plaintiff BMO Harris Bank, N.A., and against Defendants S. Todd Rapp and S. Todd Rapp P.A., jointly and severally, on each count of the Complaint, in the amount of $149,964.05.

|  |  |
|---|---|
| July 2, 2012 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/A. Linner |
|  | (By)          A. Linner   Deputy Clerk |