UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BMO Harris Bank, N.A., | Court File No. 12-CV-00819-PJS-FLN |
| Plaintiff, | |
| v. | **SATISFACTION OF JUDGMENT** |
| S. Todd Rapp, individually, and S. Todd Rapp, P.A., | |
| Defendants. | |

The undersigned Plaintiff/Judgment Creditor does hereby certify that the Judgment in the amount of $149,964.05, which was entered in this Court on July 2, 2012, in favor of Plaintiff BMO Harris Bank, N.A. and against Defendants S. Todd Rapp and S. Todd Rapp, P.A., jointly and severally, has been paid in full.

By  s/ Keith S. Moheban
Keith S. Moheban (#216380)

**LEONARD, STREET AND DEINARD**
  *Professional Association*
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
Telephone:  612.335.1544
Facsimile:    612.335.1657
**ATTORNEYS FOR BMO HARRIS BANK, N.A.**

9295992v1                                  1